UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY HINTON, #646238,

    Petitioner,

v.                              CASE NO. 2:15-CV-10687
                              HONORABLE DENISE PAGE HOOD

ROBERT NAPEL,

    Respondent.
_____/

## ORDER DENYING PETITIONER'S LETTER REQUEST
## TO REMOVE CASE FROM LEXIS NEXIS

Michigan prisoner Corey Hinton ("Petitioner") filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state court convictions, which the Court denied on March 27, 2018. The United States Court of Appeals recently denied a certificate of appealability. The matter is before the Court on Petitioner's letter request seeking the removal of his case from the Lexis Nexis database. In support of his request, Petitioner states that he is receiving threats from incarcerated members of the victim's family and that he is being called a snitch and other derogatory names by fellow inmates.

Petitioner's request must be denied. First, there is a strong presumption in favor of public access to judicial filings and documents. *See Nixon v. Warner*

*Communication, Inc.*, 435 U.S. 589, 597 (1978). "Only the most compelling reasons can justify non-disclosure of judicial records." *In re Knoxville News–Sentinel Co., Inc.*, 723 F.2d 470, 476 (6th Cir. 1983). Second, while the Court has authority to seal its own records upon a proper showing of necessity, it has no authority to require that legal publication services remove public information from their databases. Accordingly, the Court **DENIES** Petitioner's request.

Should Petitioner wish to contact the legal publication services directly, he may do so at the following addresses:

1) Lexis Nexis
Attn: Legal Data Collection/Source Acquisition
9393 Springboro Pike
Miamisburg, OH 45342

2) Thomson Reuters
Attn: Editorial Operations, Judicial Content
Cases Publishing Center
610 Opperman Drive
Eagan, MN 55123

**IT IS SO ORDERED**.

<u>S/Denise Page Hood</u>
Denise Page Hood
Chief Judge, United States District Court

Dated: July 27, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 27, 2018, by electronic and/or ordinary mail.

                        S/LaShawn R. Saulsberry
                        Case Manager